IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRENT ARTHUR WILSON,<br><br>Defendant. | MJ 23-31-M-KLD<br><br><br>ORDER |

The United States has filed a Motion to Dismiss the outstanding complaint in this matter (Doc. 3). Accordingly and for good cause,

IT IS ORDERED that the complaint in the above-captioned case is DISMISSED and the arrest warrant is QUASHED

DATED this 26th day of April, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1