IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRENT ARTHUR WILSON,<br><br>Defendant. | MJ 23-31-M-KLD<br><br><br>ORDER |

The United States has filed a Motion to Unseal the above-entitled case. (Doc. 10). Accordingly, and for good cause,

IT IS ORDERED that this case is UNSEALED.

DATED this 30th day of June, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1